■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN DAVIS, Appellant. [976 NYS2d 892]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order on motion of this Court dated October 22, 2002, dismissing, as abandoned, an appeal from a judgment of the Supreme Court, Kings County, rendered January 4, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Lott, Sgroi and Miller, JJ., concur.